EMMA C. NIH, Respondent, *v.* FREDERICK DE W. BOLMAN, JR., Appellant.

Argued May 19, 1954; decided July 14, 1954.

*Samuel P. Price* for appellant.

*Alton R. Erickson* for respondent.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.